UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL THREADGILL,

          Petitioner,

v.

DONALD HOLBROOK,

          Respondent.

Case No. C20-0695-JLR

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's petition for writ of habeas corpus, all briefing of the parties, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 3), and this action, are DISMISSED with prejudice pursuant to 28 U.S.C. § 2244(d);

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

/ / /

/ / /

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS - 1

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

DATED this 6th day of May, 2021.

_____
JAMES L. ROBART
United States District Judge